FILED - GR
September 4, 2025 3:04 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:JJM  SCANNED BY: ___ / 9/4

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**1:25-cr-126**
**Robert Jonker U.S. District Judge**

UNITED STATES OF AMERICA,

        Plaintiff,

v.

MICHAEL GAVIN BEACH,

        Defendant.

_____/

**FELONY**
**INFORMATION**

The United States Attorney charges:

**Felon in Possession of a Firearm**

On or about June 15, 2025, in Kent County, in the Southern Division of the Western District of Michigan,

**MICHAEL GAVIN BEACH,**

knowing that he had previously been convicted of one or more offenses punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm that was in and affecting commerce, that is, a loaded Bersa Thunder .380 caliber semi-automatic pistol.

18 U.S.C. § 922(g)(1)
18 U.S.C. § 921(a)
18 U.S.C. § 924(a)(8)

## FORFEITURE ALLEGATION

The allegation contained in this Felony Information is hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c).

Upon conviction of the violation of 18 U.S.C. § 922(g)(1) set forth in this Felony Information, the defendant,

**MICHAEL GAVIN BEACH,**

shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), any firearm or ammunition involved in or used in the knowing commission of the offense, that is, a Bersa Thunder .380 caliber semi-automatic pistol (serial number L35332) and eight (8) rounds of .380 caliber ammunition.

**18 U.S.C. § 924(d)(1)**
**28 U.S.C. § 2461(c)**
**18 U.S.C. § 922(g)(1)**

TIMOTHY VERHEY
United States Attorney

_9/4/25_
Dated

DANIEL Y. MEKARU
Assistant United States Attorney